UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT MYRICK,

    Plaintiff,

v.                                        Case No. 8:09-cv-1886-T-30TBM

LEADING EDGE RECOVERY
SOLUTIONS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation for Dismissal (Dkt. #13). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear their own fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 4, 2010.

                                                JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1886.dismiss 13.wpd